UNITED STATES of America,
Plaintiff-Appellee

v.

Gabriel Oludare ADENIRAN,
Defendant-Appellant

No. 17-60328
c/w No. 17-60332
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

Annette Williams, Gaines H. Cleveland, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, Conor Mulroe, Special Assistant U.S. Attorney, U.S. Department of Justice, Criminal Division, Washington, DC, for Plaintiff-Appellee

Gabriel Oludare Adeniran, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Gabriel Oludare Adeniran has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Adeniran has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.